■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PASQUALE ROMANO, Appellant.— Appeal by defendant from an order of the County Court, Kings County, made March 16, 1960, denying, without a hearing, his *coram nobis* application to vacate a judgment of said court, rendered December

17, 1951, convicting him of burglary in the third degree and grand larceny in the first degree, and sentencing him, as a second felony offender, to serve a term of 18 to 20 years. The ground for the application is that the trial court failed to comply with section 433 of the Code of Criminal Procedure in that, when the jury was brought into court to report their verdict, their names were not called. Order affirmed. (*People* v. *Marilla*, 7 N Y 2d 319; *People ex rel. Meers* v. *Martin*, 4 A D 2d 659, affd. 4 N Y 2d 898.)  Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.